**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHRISTOPHER D. ZULPO,**  PETITIONER
**ADC # 74341**

v.   CASE NO. 5:12CV00079 BSM/BD

**RAY HOBBS, Director,**  RESPONDENT
**Arkansas Department of Correction**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Petitioner Christopher Zulpo's petition for writ of habeas corpus [Doc. No. 1] is DISMISSED with prejudice.

Dated this 1st day of August 2012.

UNITED STATES DISTRICT JUDGE