IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER D. ZULPO,**  **PETITIONER**
**ADC # 74341**

v.   **CASE NO. 5:12CV00079 BSM/BD**

**RAY HOBBS, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this petition be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 1st day of August 2012.

_____
UNITED STATES DISTRICT JUDGE